**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
BANCA DI CREDITO COOPERATIVO DI
CIVITANOVA MARCHE E MONTECOSARO
SOC. COOPERATIVA,
                  Plaintiff,

    -against-                                              18 **CIVIL** 11399 (JPO)

## **JUDGMENT**

CHARLES H. SMALL ex rel. FRED
MENGONI,
                  Defendant.
-----------------------------------------------------------X



        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 19, 2019, Defendant Small's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
           December 20, 2019

                                                        **RUBY J. KRAJICK**
                                                            **Clerk of Court**
                                 **BY:**      *KMango*
                                                            **Deputy Clerk**